NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD PAUL ZUCKERMAN, ) | |
| ) | |
| Petitioner, ) | Civil Action No.: 91-108 (JLL) |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent. ) | |
| ) | |

**LINARES, District Judge.**

This matter comes before the Court on the petition for relief <u>coram nobis</u> or <u>audita querela</u> filed by Richard Paul Zuckerman ("Petitioner" or "Zuckerman"). For the reasons set forth in the accompanying Opinion,

IT IS on this 16th day of October, 2008,

**ORDERED** that the Clerk of the Court shall serve copies of the Petition [CM/ECF #1], this Order, and all other documents docketed in this matter upon Respondent (including a copy to the United States Attorney's Office of the District of New Jersey) by certified mail, return receipt requested, with all costs of service advanced by the United States; and it is further

**ORDERED** that Respondent shall file a full and complete answer to said Petition within 30 days of the entry of this Order, see <u>Ukawabutu v. Morton</u>, 997 F. Supp. 605 (D.N.J. 1998); and it is further

**ORDERED** that Respondent's answer shall respond to the remaining factual and legal

1

allegations of the Petition by each paragraph and subparagraph; and it is further

**ORDERED** that Respondent shall raise by way of the answer any appropriate defenses which Respondent wish to have the Court consider, and, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that the answer shall be accompanied by certified copies of all relevant documents, including, but not limited to, any pleadings, process, orders, transcripts, summaries, briefs, appendices, opinions, and judgments filed in related federal and state proceedings, as well as all records of administrative remedies pursued by Petitioner, or such of them as may be material to the questions raised in the Petition; and it is further

**ORDERED** that, pursuant to Local Civil Rule 5.2, Respondent shall file the answer electronically, and, to the extent a hard copy of exhibits is filed, shall submit a courtesy copy of the answer and one set of the accompanying exhibits to the Clerk's Office at 402 East State Street, Room 2020, Trenton, New Jersey 08608, and submit another courtesy copy to the chambers of Judge Jose Linares at the Martin Luther King Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, NJ 07102; and it is further

**ORDERED** that Petitioner may file a Reply in support of the Petition within 30 days after the Answer is filed; and it is further

**ORDERED** that Petitioner's request for the appointment of pro bono counsel is DENIED.

Jose L. Linares
United States District Judge