NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No.: 91-108 (JLL) |
| v. ) | |
| ) | **ORDER** |
| RICHARD PAUL ZUCKERMAN, ) | |
| ) | |
| Defendant. ) | |

For Respondent: Eric Moran, AUSA

**LINARES, District Judge.**

This matter comes before the Court on the petition of Defendant Richard Paul Zuckerman ("Defendant" or "Zuckerman") to set aside his conviction through a writ of <u>coram nobis</u> or <u>audita querela</u>. The United States of America ("the Government") submitted an answer in response to the petition, and Zuckerman submitted a reply in furtherance thereof. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 27th day of January, 2009,

**ORDERED** that Defendant's petition [CM/ECF #1] is denied with prejudice.

/s/ Jose L. Linares
Jose L. Linares
United States District Judge

1